THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* THE FEDERAL SUGAR REFINING COMPANY OF YONKERS et al., Defendants, and JOHN E. ANDRUS, Respondent.

*N. Y. C. & H. R. R. R. Co.* v. *Federal Sugar Refining Co.*, 139 App. Div. 938, affirmed.
(Argued November 18, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 29, 1910, which affirmed an order of Special Term awarding interest on an award made in condemnation proceedings.

*John F. Brennan* and *Albert H. Harris* for appellant.

*Arthur M. Johnson* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ. Dissenting: WILLARD BARTLETT, J.